SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON | ) Case No.**2:09-cv-01412-JAM-GGH** |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER RE: |
| vs. | ) EXTENSION OF TIME UNTIL |
| | ) SEPTEMBER 3, 2009 FOR DEFENDANT |
| Radioshack Corporation et al, | ) ROBERT SHEE-HONG YEE |
| | ) INDIVIDUALLY AND AS TRUSTEE OF |
| Defendants | ) THE ROBERT AND SIM YEE FAMILY |
| | ) SURVIVING SPOUSES TRUST TO |
| | ) RESPOND TO COMPLAINT |
| | ) |
| | ) |
| | ) |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Robert Shee-Hong Yee Individually and as Trustee of the Robert and Sim Yee Family Surviving Spouses Trust, by and through their respective attorneys of record, Scott N. Johnson; Jeffrey A. Hunt, stipulate as follows:

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

1. No extension of time has been previously obtained.

2. Defendant Robert Shee-Hong Yee Individually and as Trustee of the Robert and Sim Yee Family Surviving Spouses Trust is granted an extension until September 3, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendant Robert Shee-Hong Yee Individually and as Trustee of the Robert and Sim Yee Family Surviving Spouses Trust response will be due no later than September 3, 2009.

IT IS SO STIPULATED effective as of July 24, 2009

Dated:  July 24, 2009                    /s/Jeffrey A. Hunt_____

                                         Jeffrey A. Hunt,

                                         Attorney for Defendant

                                         Robert Shee-Hong Yee

                                         Individually and as

                                         Trustee of the Robert

                                         and Sim Yee Family

                                         Surviving Spouses Trust

PDF created with pdfFactory trial version www.pdffactory.com

Dated:  July 24, 2009                    /s/Scott N. Johnson _____

                                         Scott N. Johnson,

                                         Attorney for Plaintiff


     **IT IS SO ORDERED:** that Defendant Robert Shee-Hong Yee Individually and as Trustee of the Robert and Sim Yee Family Surviving Spouses Trust shall have until September 3, 2009 to respond to complaint.


Dated: July 27, 2009              /s/ John A. Mendez_____

                                  United States District Judge

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 3