SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

ROBERT C. LORBEER, SBN 172072
ATTORNEY AT LAW
372 FLORIN ROAD, #320
SACRAMENTO, CA 95831
TELEPHONE (916) 971-9166
FAX:  (916) 283-4412

Attorney for Defendant Tung Pao Sun

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SCOTT N. JOHNSON** | Case No.: CIV.S 09-cv-01412-JAM-DAD |
| Plaintiff, | |
| vs. | **STIPULATION TO SET ASIDE CLERK'S ENTRY OF DEFAULT** |
| **RADIOSHACK, et al** | |
| Defendants. | and |
| | ORDER |

IT IS HEREBY STIPULATED by and between Plaintiff, Scott N. Johnson, and Defendant, Tung Pao Sun, by and through their attorneys of record (Scott N. Johnson; Robert C. Lorbeer) that the Clerk's Entry of Default against Defendant Tung Pao Sun, (Docket No. 12) is hereby set aside.  This stipulation is based upon the following facts constituting good cause: Defendant Tung Pao Sun is represented by Counsel, Robert C. Lorbeer, Attorney at Law.  On September 9, 2009, Robert C. Lorbeer, filed an Answer on behalf of Defendant Tung Pao Sun.

1

**Stipulation to Set Aside Default and Proposed ORDER**        2-09-cv-01412-JAM-DAD

PDF created with pdfFactory trial version www.pdffactory.com

|     |                          |                                                                                                                      |
| --- | ------------------------ | -------------------------------------------------------------------------------------------------------------------- |
| 1   |                          |                                                                                                                      |
| 2   | Dated: October 18, 2009  | /s/ Robert C. Lorbeer                                                                                                |
| 3   |                          | ROBERT C. LORBEER,<br>Attorney for Defendant,                                                                        |
| 4   |                          | **TUNG PAO SUN**                                                                                                     |
| 5   |                          |                                                                                                                      |
| 6   | Dated: October 21, 2009  | /s/ Scott N. Johnson                                                                                                 |
| 7   |                          | SCOTT N. JOHNSON,<br>Attorney for Plaintiff,                                                                         |
| 8   |                          | **SCOTT N. JOHNSON**                                                                                                 |

**IT IS SO ORDERED**:

    As the parties have so stipulated, The Clerk's Entry of Default against Defendant, Tung Pao Sun, Docket No. 12, is hereby set aside.

Dated: October 22, 2009

                                                      /s/ John A. Mendez
                                                      U. S. DISTICT COURT JUDGE

**Stipulation to Set Aside Default and Proposed ORDER**        **2-09-cv-01412-JAM-DAD**

PDF created with pdfFactory trial version www.pdffactory.com