SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Radio Shack Corporation, et al<br><br>　　　　Defendants | Case No.: CIV.S 09-cv-01412-KJM-KJN<br><br>**STIPULATED DISMISSAL AND ORDER**<br><br>Complaint Filed:  MAY 21, 2009 |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP 41 (a)(2).  The Parties shall bear their own costs and attorneys' fees in connection with this Lawsuit and the negotiation and preparation of this Agreement.

{1299316.DOC;}1

STIPULATED DISMISSAL and ORDER　　　　　　　　　　　　　　　CIV: S-09-cv-01412-KJM-KJN

1  Dated: March _4_, 2011

2                                                                    /s/ Robert C. Lorbeer_____

3                                                                   ROBERT CARL LORBEER,

4                                                                   Attorneys for Defendant,

5                                                                   TUNG PAO SUN

6

7

8  Dated: March 31, 2011                         WEINTRAUB GENSHLEA CHEDIAK

9

10

11                                                                  __/s/ Meagan D. Christiansen for_____

12                                                                  ALDEN J. PARKER,

13                                                                  Attorneys for Defendant,

14                                                                  RADIOSHACK CORPORATION

15

16

17  Dated: March 4, 2011                          DISABLED ACCESS PREVENTS

18                                                                  INJURY, INC.

19

20                                                                  /s/Scott N. Johnson_____

21                                                                  SCOTT N. JOHNSON,
                                                                    Attorney for Plaintiff

{1299316.DOC;}2

STIPULATED DISMISSAL and ORDER                       CIV: S-09-cv-01412-KJM-KJN

1  **IT IS SO ORDERED**.

2  Dated:  April 5, 2011.

_____
UNITED STATES DISTRICT JUDGE